STATE OF NEW JERSEY v. JOHN H. DEVLIN.

September 19, 1989.

Petition for certification denied. (See 234 *N.J.Super.* 545).

STATE OF NEW JERSEY v. WILBERT THOMAS, SR., ET AL.

September 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD N. THOMPSON, JR.

September 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SANTOS RODRIGUEZ.

September 19, 1989.

Petition for certification denied.